IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 2:99-cr-00014 |
| v. | ) | |
| | ) | Judge Nixon |
| BILLY CLEGHORN | ) | |

## ORDER

Pending before the Court is Defendant Billy Cleghorn's Motion to Reschedule Revocation Hearing ("Motion"). (Doc. No. 50.) Mr. Cleghorn requests his revocation hearing be rescheduled as his counsel is currently scheduled to be in Springfield, Tennessee, for another matter on the date of his presently scheduled revocation hearing. (*Id.*) The Government filed a Response, stating it does not oppose the Motion. (Doc. No. 51.) The Court hereby **GRANTS** the Motion; Mr. Cleghorn's revocation hearing is **CONTINUED** to **January 23, 2014**, at **10:00 a.m.**

It is so ORDERED.

Entered this the 9th day of December, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT